IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# CHANGE OF PLEA MINUTES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Nancy E. Brasel |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 21-cr-244 (1) (NEB/LIB) |
| | ) | Date: July 6, 2022 |
| Molandas Dionne Johnson, | ) | Court Reporter: Renee Rogge |
| | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 13W |
| Defendant. | ) | Time Commenced: 1:05 p.m. |
| | ) | Time Concluded: 1:50 p.m. |
| | ) | Time in Court: 45 minutes |

APPEARANCES:
  Plaintiff:    Lauren Roso, Assistant US Attorney
  Defendant:    Thomas Shiah, CJA Panel Attorney

PROCEEDINGS:

CHANGE OF PLEA HEARING:
  PLEA:
  ☒ Guilty as to Count 1 of the Indictment.
  ☒ Presentence Investigation and Report requested. The parties will work with Probation to find a date to meet outside the 14 days typically scheduled. This will not affect the due date of the preliminary report.
  ☒ Defendant requested to lift a no contact order in place while in custody. The Government will research the request. The parties will contact the court if needed.
  ☒ Defendant is remanded to the custody of the USM.

Date: July 6, 2022                                                                                    s/KW
                                                          Signature of Courtroom Deputy to Judge Nancy E. Brasel